SCHOOL DISTRICT VS. TOWNSHIP OF ALBEC.

A summons made returnable on a given day, but not stating the year, may be amended after its return by inserting the year, or may be treated as though the year had been specified.

When a regular term of Court is adjourned to a future day, the time intervening is to be deemed a continuance of the term, for return of process.

*Saginaw Circuit Court, June,* 1869.

In this case the summons was issued May 1, 1869, returnable " 17th day of May " The February term adjourned from May 1 to May 31.

Defendant's counsel move that the summons be quashed, for the reasons:

1. The summons does not state the year when it is returnable.

2. The writ is not returnable on the first Tuesday of May, nor any day in term.

*Gaylord & Hanchett* for Defendant.

SUTHERLAND, J.—The first objection may be removed by amendment, or may be read as returnable May 17, 1869.

The second objection assumes what is not true in fact. The term continues to final adjournment, for return of process.